UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

        Plaintiff,

    -v-                                    06-CV-0542A(F)

$1,250,000.00
IN UNITED STATES CURRENCY

        Defendant.

## ORDER OF FORFEITURE AND SETTLEMENT

Based upon the executed *Stipulation for Settlement*, which was filed with this Court, in the above captioned litigation, and after review and due deliberation, it is hereby

**ORDERED**, that the $1,250,000.00 in United States Currency plus all monies derived from the interest thereof shall be forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C); and disposed of according to law; and it is further

**ORDERED**, that any claims to the defendant property are hereby forever barred and that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of the terms of the *Stipulation for Settlement*; and it is further

**ORDERED,** if Claimant defaults on any term or payment as provided in the *Stipulation for Settlement*, a *Confession of Judgment* will be filed with the Court and executed thereon with an Abstract of Judgment to be filed in accordance within the terms contained in the *Confession of Judgment*.

IT IS SO ORDERED.

/s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: November 8   , 2006